**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Rimage Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>George Edwin Kline,<br><br>Defendant. | Civil File No. 01-2047 JEL/JGL<br><br>**STIPULATION AND AMENDMENT TO PRETRIAL SCHEDULING ORDER** |

WHEREAS, the Court has set an August 1, 2002, deadline for the service and filing of motions for leave to add a punitive damages claim in this action; and

WHEREAS, the parties are currently engaged in good faith settlement negotiations which they will not be able to complete by August 1, 2002, and believe that a motion for leave to add a punitive damages claim may prove to be detrimental to said negotiations;

NOW, THEREFORE, the undersigned parties, by their counsel, hereby stipulate and join in asking the Court to amend the scheduling order as set forth below.

Dated: July 25, 2002.

LINDQUIST & VENNUM P.L.L.P.

By: ______________________
Wallace G. Hilke, #175857
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211

ATTORNEYS FOR PLAINTIFF

FILED JUL 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: July 1, 2002.

Douglas A. Kelley, P.A.

By: ______________________
Steven E. Wolter, #170707
Centre Village Offices, Suite 2530
431 South Seventh Street
Minneapolis, MN 55415
(612) 371-9090

ATTORNEYS FOR DEFENDANT

**REVISED SCHEDULING ORDER**

The Court, being advised of the foregoing stipulation of the parties, hereby amends the February 21, 2002, Pretrial Scheduling Order in this action as follows:

1. Motions for leave to add a punitive damages claim must be served and filed on or before August 30, 2002; and

2. All other deadlines and provisions of the February 21, 2002, Pretrial Scheduling Order remain as stated therein.

Dated: 7-29, 2002

BY THE COURT:

______________________
Chief Magistrate Judge Jonathan Lebedoff



Doc# 1622181\1